In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-05-287 CR


____________________



QUINTON JAMAL FONTENOT, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 87456






MEMORANDUM OPINION


 Quinton Jamal Fontenot was convicted and sentenced on an indictment for
possession of a controlled substance. The trial court suspended imposition of the sentence
and placed Fontenot on community supervision for five years. Fontenot filed a notice of
appeal on June 24, 2005. The trial court entered a certification of the defendant's right to
appeal in which the court certified that this is a plea-bargain case and the defendant has no
right of appeal. See Tex. R. App. P. 25.2(a)(2). The trial court's certification has been
provided to the Court of Appeals by the district clerk.

 On July 1, 2005, we notified the parties that the appeal would be dismissed unless
an amended certification was filed within thirty days of the date of the notice and made a
part of the appellate record. See Tex. R. App. P. 37.1. The parties have not identified
any issues attacking the certification and the record has not been supplemented with an
amended certification. Because a certification that shows the defendant has the right of
appeal has not been made part of the record, the appeal must be dismissed. See Tex. R.
App. P. 25.2(d).

 Accordingly, we dismiss the appeal for want of jurisdiction.

 APPEAL DISMISSED.

 ___________________________

 DAVID GAULTNEY

 Justice


Opinion Delivered August 10, 2005

Do Not Publish

Before McKeithen, C.J., Gaultney and Kreger, JJ.